AO 91 (Rev. 08/09) Criminal Complaint                                                    AUSA Marton Gyires

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>ODON DE LA PAZ-VILLA,<br><br>Defendant(s) | Case No. 17-012-FJL<br><br>FILED by _____ D.C.<br>JAN 27 2017<br>STEVEN M. LARIMORE<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. - FT. PIERCE |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of    January 24, 2017    in the county of    Okeechobee    in the
  Southern    District of    Florida   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(2) | Previously Removed Alien Found in the United States |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
Complainant's signature

Edgar Gonzalez, Border Patrol Agent, CBP
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/27/2017

_____
Judge's signature

City and state:    Fort Pierce, Florida              Frank J. Lynch, Jr., Chief U.S. Magistrate Judge
*Printed name and title*

# **AFFIDAVIT**

Your affiant, Edgar Gonzalez being duly sworn, depose and state that:

1. I am a Border Patrol Agent with the Department of Homeland Security, Customs and Border Protection (CBP) (formerly Immigration and Naturalization Service), and have been so employed for over seven (7) years. I am currently assigned to the West Palm Beach Border Patrol Station, Riviera Beach, Florida. The station is located in the Southern District of Florida.

2. As a Border Patrol Agent, my duties include the detection and interdiction of individuals illegally entering the United States, and those aliens who are currently within the United States illegally. I am trained in detecting and locating individuals suspected of assisting aliens in their illegal entry into the United States by any means. I am also responsible for the investigation and processing of aliens who are entering or residing illegally in the United States as well as the investigation of people responsible for the smuggling of such undocumented aliens.

3. This affidavit is based upon an ongoing investigation. The information herein is further based on my review of the U.S. Citizenship and Immigration Service (USCIS) File Number A******247, court documents and reports, and interviews. The statements contained in this affidavit are based upon my own personal knowledge, as well as information provided to me by other law enforcement officials and employees of CBP. I have not included in this affidavit each and every fact and circumstance known to me, but only the facts and circumstances that I believe are sufficient to establish probable cause that Odon De La Paz-Villa ("DE LA PAZ-VILLA") has committed a violation of Title 8, United States Code, Sections 1326(a) and (b)(2), alien found in the United States after removal.

4. On or about January 24, 2017, Border Patrol Agent (BPA) Richard Soto Valentin was working joint operations with Okeechobee Sheriff Detective (OSD) Leland Shoonmaker in the area of FL-441 and N.W. 4th Street in Okeechobee, Florida. BPA Soto Valentin was in his assigned Border Patrol Unit and OSD Shoonmaker was in his assigned Sheriff's unit.

5. BPA Soto Valentin and OSD Shoonmaker observed a Honda Accord, turquoise in color with Florida license plate number 497BBP, with only one male occupant in the vehicle. BPA Soto Valentin and OSD Shoonmaker were able to see the driver. Both BPA Soto Valentin and OSD Shoonmaker recognized the driver as being DE LA PAZ-VILLA based on previous investigation. Prior investigation had revealed that DE LA PAZ-VILLA was present in the United States illegally after being previously removed from the United States following a conviction for drug trafficking in the state of Florida. BPA Soto Valentin and OSD Shoonmaker were aware of these facts prior to attempting a stop of the vehicle.

6. OSD Shoonmaker activated his lights and siren and DE LA PAZ-VILLA pulled over near FL-441 and N.E. 4th Street. The detective pulled up behind the subject's car and BPA Soto Valentin pulled up directly behind the detective's unit. They both exited their vehicles and walked up to the subject's car. Upon requesting identification, DE LA PAZ-VILLA showed a Consular Identification card from Mexico and did not have any other form of identification or a driver's license. The consular card identified the driver as Odon DE LA PAZ-Villa.

7. At that time, BPA Soto Valentin conducted an immigration inspection and questioned DE LA PAZ-VILLA as to his citizenship and rights to be in the United States. DE LA PAZ-VILLA stated his name was Odon DE LA PAZ-Villa and admitted to being illegally in the United States. The subject was not in possession of any alien registration or immigration

2

documentation that would allow him to enter, work, travel through, or remain in the United States.

8. BPA Soto Valentin placed DE LA PAZ-VILLA under arrest for violation of Title 8, United States Code, Section 1326, alien found in the Unites States after removal, and he was transported to the Okeechobee Sheriff's Office and later to the West Palm Beach Border Patrol Station in Riviera beach, Florida. DE LA PAZ-VILLA was read his <u>Miranda</u> rights and he agreed to speak with law enforcement. DE LA PAZ-VILLA again admitted, among other things, that he was in the United States illegally after being removed. DE LA PAZ-VILLA's fingerprints were electronically recorded and submitted into both the Integrated Automated Fingerprint Identification System (IAFIS), as well as the Automated Biometric Identification System (IDENT) in order to search for prior encounters with immigration and law enforcement. The automated systems positively identified the subject as Odon DE LA PAZ-Villa with a positive match to Alien Registration number XXXXXX247 and FBI number XXXXXLB2.

9. A review of law enforcement indices showed that DE LA PAZ-VILLA, is a citizen of Mexico, and was ordered removed on March 18, 2015, and then removed from the United States on April 30, 2015.

10. Record checks through the Department of Homeland Security databases, failed to locate that he ever filed Form I-212 (Application for Permission to Reapply for Admission into the United States After Deportation or Removal), or had received permission from the Secretary of the Department of Homeland Security or The Attorney General allowing him to re-enter the United States.

WHEREFORE, based on the foregoing, I submit that there is probable cause to believe that DE LA PAZ-VILLA has committed a violation of Title 8, United States Code, Section 1326, alien

3

found in the United States after removal.

    FURTHER AFFIANT SAYETH NAUGHT.

_____
EDGAR GONZALEZ
BORDER PATROL AGENT
CUSTOMS AND BORDER PROTECTION


SWORN TO AND SUBSCRIBED
BEFORE ME THIS 27 ~~DAY~~ OF JANUARY, 2017
AT FORT PIERCE, FLORIDA.

_____
FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

4